# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand twenty-one.

Before:      Dennis Jacobs,
                Richard J. Sullivan,
                Steven J. Menashi,
                   *Circuit Judges.*

_____

A.H., et al.,

     Plaintiffs - Appellants,

v.

Daniel M. French, et al.,

     Defendants - Appellees.

_____

**STATEMENT OF COSTS**

Docket No. 21-87

IT IS HEREBY ORDERED that costs are taxed in the amount of $532.60 in favor of the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/28/2021