NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Valente, et al.,
E.W., et al.,
A.H., et al.

     v.                                                Case No. 2:20-cv-135, 2:22-cv-059,
                                                           2:20-cv-151

Daniel M. French, in his official capacity as
Secretary of the Vt. Agency of Education, et al.

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Thursday, August 04, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Status Conference via video conference.

Location: 110                                        JEFFREY S. EATON, Clerk
                                                             By: */s/ Jennifer B. Ruddy*
                                                             Deputy Clerk
                                                            7/6/2022

TO:

David Hodges, Esq.
Deborah Bucknam, Esq.
Erica Smith, Esq.
Timothy Keller, Esq.
David Cortman, Esq.
Paul Schmitt, Esq.
Ryan Tucker, Esq.
Thomas McCormick, Esq.

Jaime Kraybill, AAG
Rachel Smith, AAG
William Ellis, Esq.

Johanna Masse, Court Reporter