# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

A.H., et al., and E.W., et al.,

     v.                                  Case No. 20-cv-151, 22-cv-059

Daniel French, in his official capacity
of the Vermont Agency of Education, et al.


TAKE NOTICE that the above-entitled case has been scheduled at 02:00 p.m. on Thursday, September 22, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Telephone Conference.

Location: 510                                  JEFFREY S. EATON, Clerk
                                              By: */s/ Jennifer B. Ruddy*
                                              Deputy Clerk
                                              9/20/2022


TO:

David Cortman, Esq.
Paul Schmitt, Esq.
Ryan Tucker, Esq.
Thomas McCormick, Esq.

Jaime Kraybill, AAG
Rachel Smith, AAG
William Ellis, Esq.

Johanna Masse, Court Reporter