IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **A.H.**, by and through her parents and natural guardians, James Hester and Darlene Hester; **JAMES HESTER**, individually; **DARLENE HESTER**, individually; **E.R.**, by and through her parents and natural guardians, Chad Ross and Angela Ross; **CHAD ROSS**, individually; **ANGELA ROSS**, individually; **A.F.**, by and through her parents and natural guardians, Daniel Foley and Juliane Foley; **DANIEL FOLEY**, individually; **JULIANE FOLEY**, individually; **C.R.**, by and through her parents and natural guardians, Gilles Rainville and Elke Rainville; **GILLES RAINVILLE**, individually; **ELKE RAINVILLE**, individually; and the **ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DANIEL M. FRENCH**, in his official capacity as Secretary of the Vermont Agency of Education; **MICHAEL CLARK**, in his official capacity as Grand Isle Supervisory Union Superintendent; the **SOUTH HERO BOARD OF SCHOOL DIRECTORS**; the **CHAMPLAIN ISLANDS UNIFIED UNION SCHOOL DISTRICT BOARD OF SCHOOL DIRECTORS**; **JAMES TAGER**, in his official capacity as Franklin West Supervisory Union Superintendent; and the **GEORGIA BOARD OF SCHOOL DIRECTORS**,<br><br>*Defendants*. | Case No. 2:20-cv-00151-cr |

NOTICE OF STIPULATED JUDGMENT

Please take notice that Plaintiffs and Defendant French are filing the attached stipulated judgment for signature and enforcement by this Court.

Respectfully submitted this 18th day of October 2022.

*s/ Paul D. Schmitt*

| | |
|---|---|
| Paul Daniel Schmitt (IN Bar No. 34765-49) | Ryan J. Tucker* (AZ Bar No. 034382) |
| ALLIANCE DEFENDING FREEDOM | ALLIANCE DEFENDING FREEDOM |
| 440 First Street NW, Suite 600 | 15100 N. 90th Street |
| Washington, D.C. 20001 | Scottsdale, AZ 85260 |
| Telephone: (202) 393-8690 | Telephone: (480) 444-0020 |
| Fax: (202) 393-3622 | Fax: (480) 444-0028 |
| Email: PSchmitt@ADFlegal.org | Email: RTucker@ADFlegal.org |
| | |
| Thomas E. McCormick (VT Bar No. 837) | David A. Cortman (GA Bar No. 188810) |
| MCCORMICK, FITZPATRICK, KASPER & BURCHARD, P.C. | ALLIANCE DEFENDING FREEDOM |
| 40 George Street | 1000 Hurricane Shoals Road NE |
| Burlington, VT 05402 | Suite D-1100 |
| Telephone: (802) 863-3494 | Lawrenceville, GA 30043 |
| Fax: (802) 865-9747 | Telephone: (770) 339-0774 |
| Email: tem@mc-fitz.com | Fax: (700) 339-6744 |
| | Email: DCortman@ADFlegal.org |

*Counsel for Plaintiffs*

*\* Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

Dated October 18, 2022, by:

                                        *s/ Paul D. Schmitt*
                                        Paul Daniel Schmitt
                                        (IN Bar No. 34765-49)
                                        ALLIANCE DEFENDING FREEDOM
                                        440 First Street NW, Suite 600
                                        Washington, D.C. 20001
                                        Telephone: (202) 393-8690
                                        Fax: (202) 393-3622
                                        Email: PSchmitt@ADFlegal.org

                                        *Counsel for Plaintiffs*